IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Chalmers Eugene Troutman, III, | ) | Civil Action Number: 3:08-cv-449-MJP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Leon J. Hendrix, Jr.; J.J. Britton, M.D.; | ) | **DEFENDANT'S MOTION TO** |
| Bill L. Amick; Thomas C. Lynch, Jr.; | ) | **WITHDRAW DOCKET ENTRY # 100 -** |
| Louis B. Lynn; Patricia H. McAbee; | ) | **DEFENDANTS' MOTION TO** |
| Leslie G. McCraw, Jr.; E. Smyth McKissick, III; | ) | **BIFURCATE DISCOVERY** |
| Thomas B. McTeer, Jr.; Robert L. Peeler; | ) | **AND FOR PROTECTIVE ORDER** |
| William C. Smith, Jr.; Joseph D. Swann; the | ) | |
| Clemson University Board of Trustees; | ) | |
| Clemson University; James F. Barker; | ) | |
| Doris R. Helms; and Clayton D. Steadman, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Defendants herein request that its Motion to Bifurcate Discovery and for Protective

Order, listed as Docket Entry # 100, be withdrawn without prejudice.

Dated the 18th day of September, 2009.

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

By: s/ Thomas A. Bright
Thomas A. Bright (Fed. Ct. ID No. 1476)
Joseph A. Rhodes, Jr. (Fed. Ct. ID No. 3438)
Lewis T. Smoak (Fed. Ct. ID No. 4220)
P.O. Box 2757
Greenville, SC 29602-2757
Phone:     864.271.1300
Fax:         864.242.0037
E-mail:     tom.bright@ogletreedeakins.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Chalmers Eugene Troutman, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action Number: 3:08-cv-449-MJP |
| | ) | |
| Leon J. Hendrix, Jr.; J.J. Britton, M.D.; | ) | |
| Bill L. Amick; Thomas C. Lynch, Jr.; | ) | |
| Louis B. Lynn; Patricia H. McAbee; | ) | |
| Leslie G. McCraw; E. Smyth McKissick, III; | ) | |
| Thomas B. McTeer, Jr.; Robert L. Peeler; | ) | |
| William C. Smith, Jr.; Joseph D. Swann; the | ) | |
| Clemson University Board of Trustees; | ) | |
| Clemson University; James F. Barker; | ) | |
| Doris R. Helms; and Clayton D. Steadman, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Thomas A. Bright, hereby certify that I have this day electronically filed the foregoing **DEFENDANT'S MOTION TO WITHDRAW DOCKET ENTRY # 100 - DEFENDANTS' MOTION TO BIFURCATE DISCOVERY AND FOR PROTECTIVE ORDER** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following persons:

Joel W. Collins, Jr., Esq.
Collins & Lacy, P.C.
1330 Lady Street, Sixth Floor
Columbia, SC 29201

D. Reece Williams, III, Esq.
Callison Tighe & Robinson, LLC
1812 Lincoln Street, Suite 200
Columbia, SC  29201

Dated this the 18th day of September, 2009

By:     s/ Thomas A. Bright